[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-15073
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 26, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 06-00022-CR-4-RH-WCS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

REGINALD JEROME CHANDLER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(November 26, 2007)

Before TJOFLAT, BLACK and WILSON, Circuit Judges.

PER CURIAM:

Michael Ufferman, court-appointed counsel for Reginald Jerome Chandler in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. As independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Chandler's conviction and sentence are **AFFIRMED**.